UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Sarah Nathreen Nakanwagit,
    **Plaintiff**

    **v.**

               **Civil Action No. 1:23-cv-10533-FDS**

Executive Office of the Trial Court,
    **Defendant**
_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated June 6, 2025 (Dkt. No. 52), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                        By the Court,

06/06/2025                         /s/ Melonie Cooke
Date                                  Deputy Clerk